No. 00-6286. DENIAL v. MYERS, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 00-6288. ORTIZ v. PITCHER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00-6290. JEREZANO v. ZIMBERT. C. A. 9th Cir. Certiorari denied.

No. 00-6292. ROSEBORO v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 00-6293. SMITH v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 00-6294. FERGUSON v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 00-6300. SKAMFER v. LITSCHER, SECRETARY, WISCONSIN DEPARTMENT OF CORRECTIONS. C. A. 7th Cir. Certiorari denied.

No. 00-6301. MCCRAY v. RINGWOOD ET AL. C. A. 4th Cir. Certiorari denied.

No. 00-6307. DARBY v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00-6308. DONALDSON v. WALTER. C. A. 9th Cir. Certiorari denied.

No. 00-6312. BRATHWAITE v. STINSON, SUPERINTENDENT, GREAT MEADOW CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 00-6314. ZEEMER v. ZEEMER. C. A. 3d Cir. Certiorari denied.

No. 00-6315. WENGER v. CANASTOTA CENTRAL SCHOOL DISTRICT ET AL. C. A. 2d Cir. Certiorari denied.

No. 00-6316. BEEDLE v. STRAUB, WARDEN. C. A. 6th Cir. Certiorari denied.